**COMMISSIONER OF INTERNAL REVENUE v. O'DONNELL OIL & SECURITIES COMPANY.**

**No. 9830.**

Circuit Court of Appeals, Ninth Circuit.

May 14, 1942.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

Thomas R. Dempsey and Wellman P. Thayer, both of Los Angeles, Cal., for respondent.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner and upon the authority of the decision of the

861

Supreme Court of the United States in Helvering v. Credit Alliance Corporation 316 U.S. ——, 62 S.Ct. 989, 86 L.Ed. ——, rendered April 27, 1942, ordered petition for review herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.